# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:24−mj−00016−LTW−1

| | |
|---|---|
| Case title: USA v. Iduozee | Date Filed: 01/11/2024 |
| Other court case number: 24−MJ−15 USDC Eastern District of Wisconsin | Date Terminated: 01/11/2024 |

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**Otaniyen Iduozee**  represented by  **Jaster Wesley Francis , Jr**
*TERMINATED: 01/11/2024* Federal Defender Program
101 Marietta Street Northwest
Suite 1500
Atlanta, GA 30303
404−688−7530
Email: jaster_francis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1956(h); 18:1957(a); and 18:1543 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gregory E. Radics**<br>Office of the United States Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−6265<br>Fax: 404−581−6181<br>Email: gregory.radics@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/11/2024 | | | Arrest (Rule 40) of Otaniyen Iduozee (ane) (Entered: 01/12/2024) |
| 01/11/2024 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Jaster Wesley Francis, Jr. for Otaniyen Iduozee. Signed by Magistrate Judge Linda T. Walker on 1/11/2024. (ane) (Entered: 01/12/2024) |
| 01/11/2024 | 2 | | MOTION for Detention Pending Trial by USA as to Otaniyen Iduozee. (ane) Modified date on 1/12/2024 (ane). (Entered: 01/12/2024) |
| 01/11/2024 | 3 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings held on 1/11/2024 as to Otaniyen Iduozee. Defendant Waives identity and preliminary hearings. Commitment issue. Detention Hearing held granting 2 Governments Motion for Detention. (Tape #FTR) (ane) (Additional attachment(s) added on 1/12/2024: # 1 Charging Document) (ane). (Entered: 01/12/2024) |
| 01/11/2024 | 4 | | CJA 23 Financial Affidavit by Otaniyen Iduozee (ane) (Entered: 01/12/2024) |
| 01/11/2024 | 5 | | WAIVER of Rule 5 & 5.1 Hearings by Otaniyen Iduozee (ane) (Entered: 01/12/2024) |
| 01/11/2024 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Otaniyen Iduozee. Defendant committed to USDC Eastern District of Wisconsin. Signed by Magistrate Judge Linda T. Walker on 1/11/2024. (ane) (Entered: 01/12/2024) |
| 01/11/2024 | | | Magistrate Case Closed. Defendant Otaniyen Iduozee terminated. (ane) (Entered: 01/12/2024) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            CASE NO. 1:24-mj-00016

OTANIYEN IDUOZEE,

    Defendant.

### ORDER APPOINTING COUNSEL

JASTER FRANCIS

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 11th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

OTANIYEN IDUOZEE

Criminal Action No.
1:24-MJ-00016

### Government's Motion for Detention Pending Trial

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Gregory E. Radics, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. § 3142(f), asks leave of Court to supplement this motion with additional grounds or presumptions for detention, and requests that the Court conduct a hearing *(check one)*:

X  at initial appearance; OR
☐  after a continuance of ___ *(insert number, up to 3)* days.
☐

### Eligibility of Case

This case is eligible for a detention order because it involves *(check all that apply)*:

☐  A crime of violence as defined in 18 U.S.C. § 3156(4)*;
☐  A violation of 18 U.S.C. § 1591 (sex trafficking of children);*†
☐  A federal crime of terrorism listed in 18 U.S.C. § 2332b(g)(5)(B) with a statutory maximum of 10 years or more;*†
☐  An offense having a maximum sentence of life imprisonment or death;*
   An offense in the Controlled Substances Act (21 U.S.C. § 801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*), or Chapter 705 of Title 46 with a statutory maximum of 10 years or more;*†
☐  Any felony, if the defendant has been convicted of 2 or more offenses described above or 2 or more state or local offenses that would have been offenses described above if a circumstance giving rise to federal jurisdiction had existed, or a combination of such;*
☐  Any felony that is not otherwise a crime of violence that involves a minor victim, the possession or use of a firearm or destructive device (including 18 U.S.C. § 924(c)†), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;*
X  A serious risk that the defendant will flee;

---

* These offenses are described in 18 U.S.C. § 3142(f)(1).

† These offenses qualify for the rebuttable presumption under 18 U.S.C. § 3142(e)(3), as do: 1) any offense under Title 18, Chapter 77 (§§ 1581-1597, concerning peonage, slavery, and trafficking in persons) with a statutory maximum of 20+ years; 2) any offense under 18 U.S.C. §§ 956(a) (domestic conspiracy to kill, kidnap, maim or injure abroad), or 2332b (international terrorism); and 3) an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

A serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

## Rebuttable Presumptions *(check any that apply)*

The United States hereby invokes the rebuttable presumption under 18 U.S.C. § 3142(e)(3) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.  *(Invoke only if a qualifying offense described above is charged.)*

The United States hereby invokes the rebuttable presumption under 18 U.S.C. § 3142(e)(2), which applies in certain situations where a defendant has previously committed an offense while on bond. It applies here because defendant is now charged with an offense described in 18 U.S.C. § 3142(f)(1), previously committed a different offense described in 18 U.S.C. § 3142(f)(1) (or a state law analog of such an offense) while on bond, and no more than 5 years have elapsed since the later of the conviction for said offense and the release of the defendant from imprisonment for same.

## Reasons for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure *(check all that apply)*:

X   the appearance of the person as required;
X   the safety of any other person and the community.

## Additional Information

Arguments:
- The defendant is a Nigerian citizen.
    - The defendant previously had an F1 visa; canceled in Feb. 2022 due to failure to enroll in school.
    - According to CIS documents, he had a wife in Nigeria who he "divorced" in Dec. 2021, and he then married a US Citizen in June 2022.
    - As a result of his marriage to the U.S. Citizen, he is now a <u>conditional</u> Lawful Permanent Resident (LPR).
        - His being charged with a felony will likely prevent him from completing the 2-year probationary period to become an LPR.
        - In addition, CIS is aware of indicia that his marriage to the U.S. Citizen is a sham. For example, after he supposedly "divorced" his Nigerian wife, she applied for a non-immigrant visa, along with their two children, to study at the same school that Iduozee was supposed to attend.
- The defendant has regularly and recently traveled to Nigeria.
    - E.g., the defendant was in Nigeria Dec. 2021 – January 2022.
    - He left for Nigeria again in October of 2023 and just got back yesterday (January 10, 2024 (at time of arrest).
- Defendant is involved in an extensive romance scam/money laundering scheme, which is ongoing as described in the complaint.

- - There are additional victims throughout the United States, beyond the one described in the complaint affidavit.
    - The evidence indicates he has participated in laundering over $5M in U.S. funds.
    - The evidence further indicates he used multiple fraudulent passports to access/control bank accounts into which victim funds were deposited.
- Two other defendants are currently indicted for same scheme – both also Nigerian citizens
  - The first, Shedrack Umukoro, is in custody because the Government apprehended him at Atlanta in April of 2023 and he has been detained; currently set for trial in April, 2024.
  - The second, John Umukoro, has been a fugitive since April of 2023. He has taken active steps to evade law enforcement (*e.g.*, not using phone/social media, never returning to his home address, limiting contact with his wife, etc.).
- The evidence indicates that Iduozee was conspiring with the Umukoros.
  - The Umukoros controlled the fake online persona ("Anthony Williams") who defrauded our Wisconsin victim, instructing her to send money to accounts accessed or controlled by Iduozee.
- If Iduozee is released, there is every reason to think he will join John Umukoro in fugitive status.
  - Indeed, he appears to already have access to numerous fraudulent passports (as described in the complaint affidavit at pages 4-16).
- The evidence against the defendant is strong (*See* complaint affidavit) and he is facing a statutory maximum of 40 years in prison.
- At the time of his arrest on January 10, 2024, the defendant told the arresting agents:
  - He has no family, friends, or a place to stay in Atlanta.
  - He has no cash or means to access funds.
- Similarly, we are aware of no family, friends, or a place to stay in the Eastern District of Wisconsin.
  - All these facts make Iduozee even less likely to stay in the United States awaiting trial.
- Iduozee's parents live in Nigeria and have a house there. Iduozee is not a citizen of the United States, and this conviction would likely result in his removability.
- Even if Iduozee turned over his passports as part of bond conditions, he can go to the Nigerian Consulate in Atlanta and obtain a new passport relatively quickly – by informing the consulate that he has lost his. In such instance of a "lost passport," there is no communication between the consulate and U.S. authorities.‡
- However, any removability issue would only occur after a substantial prison term – he is facing a projected guideline range of roughly 78-97 months before acceptance (OL 28, CHC I)

---

‡ This information was obtained from Immigration and Customs Enforcement, Enforcement and Removal Division, on January 11, 2024 and is based upon factual events in other cases.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 11, 2024 | RYAN K. BUCHANAN<br>United States Attorney |
|  | *Gregory E. Radics* |
| 75 Ted Turner Drive S.W., Suite 600<br>Atlanta, Georgia 30303-3309<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181 | GREGORY E. RADICS<br>Assistant United States Attorney<br>Ga. Bar No. 591724 |

### Certificate of Service

The U.S. Attorney's Office served this document today by handing a copy to defense counsel:

Judy Fleming, Federal Defender's Inc.

January 11, 2024

/s/ GREGORY E. RADICS

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

DATE: 01/11/2024 @ 1:30 pm
TAPE: FTR
TIME IN COURT: 45 MINS

MAGISTRATE JUDGE: LINDA T. WALKER   COURTROOM DEPUTY CLERK: Traci Clements Campbell
CASE NUMBER: 1:24-mj-00016   DEFENDANT'S NAME: Otaniyen Iduozee
AUSA: Gregory Radics   DEFENDANT'S ATTY: Jaster Francis
USPO / PTR: Skyra Watson   ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived

____ ARREST DATE _____

X   Initial appearance hearing held.   ____ Defendant informed of rights.
____ Interpreter sworn: _____

**COUNSEL**

X   ORDER appointing Federal Defender as counsel for defendant.
____ ORDER appointing _____ as counsel for defendant.
____ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

X   Defendant WAIVES identity hearing.   X   WAIVER FILED
____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.
X   Defendant WAIVES preliminary hearing in this district only.   X   WAIVER FILED
____ Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district
X   Commitment issued. Order to follow.

**BOND/PRETRIAL DETENTION HEARING**

X   Government motion for detention filed.   _____ @ _____
____ Pretrial hearing set for _____ @ _____ ( )   In charging district.)
X   Bond/Pretrial detention hearing held.
X   Government motion for detention (X) GRANTED ( ) DENIED
____ Pretrial detention ordered.   ____ Written order to follow.
____ BOND set at _____   ____ NON-SURETY   ____ SURETY
        ____ cash           ____ property          ____ corporate surety ONLY
____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.
____ Bond not executed. Defendant to remain in Marshal's custody.
____ Motion ____ (verbal) to reduce/revoke bond filed.
____ Motion to reduce/revoke bond ____ GRANTED See ____ DENIED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Otaniyen Iduozee | ) | Case No. |
| | ) | ~~2XXX-XX~~   24-MJ-15 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

CLERK'S OFFICE
A TRUE COPY
Jan 09, 2024
s/ Linda Zik
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2021 - January 2022__ in the county of __Waukesha__ in the
__Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h); 18 U.S.C. § 1957(a); and 18 U.S.C. § 1543. | Money laundering conspiracy; money laundering—transactions over $10,000; and use of false passports. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

GARY M ROY  *Digitally signed by GARY M ROY Date: 2024.01.08 17:01:10 -06'00'*
*Complainant's signature*

SA Gary Roy, DHS/HSI
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: __01/09/2024__

/s/ William E. Duffin
*Judge's signature*

City and state: __Milwaukee, Wisconsin__   Hon. William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

Case 2:24-mj-00015-WED *SEALED*   Filed 01/09/24   Page 1 of 17   Document 1
Case 2:23-cr-00098-PP   Filed 01/12/24   Page 9 of 12   Document 2

9

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF _____ v. _____  — 1:24 MJ 016

FOR _____ AT _____

LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name): Ofaniyen Idnozee

CHARGE/OFFENSE (Describe if applicable & check box→) ☐ Felony ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No
IF YES, give the total approximate amount after monthly expenses $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ | $ |
| Groceries | $ | $ |
| Medical expenses | $ | $ |
| Utilities | $ | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____ [signature]
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 1/11/2024

✎ AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER: 1:24-mj00016

OTANIYEN IDUOZEE
Defendant

CHARGING DISTRICTS
CASE NUMBER: 24-mj-15

I understand that charges are pending in the __EASTERN__ District of __WISCONSIN__ alleging violation of __18 U.S.C. § 1956(h); 18 U.S.C. § 1957(a); and 18 U.S.C. § 1543__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

1/11/2024                _____
Date                     Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

| UNITED STATES OF AMERICA<br>V.<br><br>OTANIYEN IDUOZEE | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 24-MJ-15 | | 1:24-mj-00016 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of __18__ U.S.C. § __1956(h); 1957(a); and 1543__

**DISTRICT OF OFFENSE** Eastern District of Wisconsin

**DESCRIPTION OF CHARGES:**

Money laundering conspiracy; money laundering—transactions over $10,000; and use of false passports.

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   ☒ Yes   Language: _____

__NORTHERN__ **DISTRICT OF** __GEORGIA__

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 1/11/2024 | _Linda T. Walker_ |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |