# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-CR-98 |
| Otaniyen Iduozee ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Otaniyen Iduozee.

Date: 01/24/2024

/s/
*Attorney's signature*

Aneeq Ahmad
*Printed name and bar number*
111 E. Wisconsin Avenue, Suite 1710
Milwaukee, WI 53202

*Address*

aneeq@ahmadnolan.com
*E-mail address*

(414) 501-5999
*Telephone number*

(414) 301-7248
*FAX number*